# Court of Appeals
# of the State of Georgia

ATLANTA, November 19, 2014

*The Court of Appeals hereby passes the following order*

**A15I0053. GREEN TREE SERVICING LLC v. THELMA A. RANDLE et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1218045



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 19, 2014.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*